# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 259 EAL 2013 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : **Published Opinion and Order** of the |
| | : Commonwealth Court at No. 631 CD |
| THE REAL PROPERTY AND | : 2012, at 65 A.3d 1055 (Pa. Cmwlth. 2013) |
| IMPROVEMENTS AT 2338 N. | : filed April 5, 2013, **vacating** the Order of |
| BEECHWOOD STREET, | : the Philadelphia County Court of Common |
| PHILADELPHIA, PA 19132 | : Pleas at Nos. CP-51-MD-0008785-2011 |
| | : and July Term, 2011 No. 2648 filed March |
| | : 13, 2012 |
| v. | : |
| | : |
| | : |
| | : |
| TAKEELA BURNEY | : |
| | : |
| | : |
| | : |
| PETITION OF: COMMONWEALTH OF | : |
| PENNSYLVANIA | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED**, and the order of the Commonwealth Court is **VACATED**. *See Commonwealth v. 605 University Drive*, 104 A.3d 411 (Pa. 2014). This case is **REMANDED** for consideration of Takeela Burney's remaining appellate issues.